UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THE STONHARD GROUP, a division of STONCOR GROUP, INC., <br><br> Plaintiff; <br><br> v. <br><br> JON THOMPSON, individually and d/b/a THOMPSON CONSULTING, <br><br> Defendant. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Civil Action No. 7:16cv00053 EKD |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), it is hereby stipulated that the Plaintiff voluntarily dismisses with prejudice the above-styled action, each side to bear its own attorneys' fees and costs.

Respectfully submitted,

THE STONHARD GROUP, A DIVISION OF STONCOR GROUP, INC.

By: /s/ Lori J. Bentley
Of Counsel

William P. Wallace, Esq. (VSB No. 16951)
Lori Jones Bentley, Esq. (VSB No. 40063)
Jason R. Whiting, Esq. (VSB No. 88093)
JOHNSON, AYERS & MATTHEWS, P.L.C.
P. O. Box 2200
Roanoke, VA 24009-2200
(540) 767-2000 Telephone
(540) 982-1552 Fax
bwallace@jamlaw.net
lbentley@jamlaw.net
jwhiting@jamlaw.net
*Counsel for Plaintiff*

JON THOMPSON, individually and d/b/a
THOMPSON CONSULTING


By: /s/ Michael J. Finney
    Of Counsel


Michael J. Finney (VSB No. 78484)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9300
Fax: (540) 983-9400
E-mail: finney@gentrylocke.com
    *Counsel for Defendant*


**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2016, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF system, which will send notification of such filing to all persons listed below:

    Michael J. Finney, Esq.
    GENTRY LOCKE
    10 Franklin Rd. S.E., Suite 900
    P.O. Box 40013
    Roanoke, VA 24002-0013
        *Counsel for Defendant*


    s/ Lori Jones Bentley

2

Case 7:16-cv-00053-EKD   Document 13   Filed 05/17/16   Page 2 of 2   Pageid#: 59